**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1680**

ANITA PURYEAR,

                Plaintiff - Appellant,

        v.

TINA SHRADER; VICKY CRONE; THOMAS J. VILSACK, Secretary;
UNITED STATES DEPARTMENT OF AGRICULTURE,

                Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Peter J. Messitte, Senior District
Judge. (8:11-cv-03640-PJM)

Submitted: August 22, 2013          Decided: August 26, 2013

Before MOTZ, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Anita Puryear, Appellant Pro Se.  Andrew George Warrens Norman,
OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anita Puryear appeals the district court's order dismissing her civil action for lack of jurisdiction under Fed. R. Civ. P. 12(b)(1). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Puryear v. Shrader, No. 8:11-cv-03640-PJM (D. Md. Apr. 30, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED